IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-92-413-CR




ALVIN BIVINS,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT



NO. 0923088, HONORABLE TOM BLACKWELL, JUDGE PRESIDING


 




PER CURIAM


 This is an appeal from a judgment of conviction for attempted burglary of a
habitation. Punishment was assessed at confinement for 10 years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



[Before Justices Powers, Kidd and B. A. Smith]

Dismissed on Appellant's Motion

Filed: May 19, 1993

[Do Not Publish]